Heather L. CRUMBAKER, an individual, Plaintiff–Appellant,

v.

REGENCE BLUECROSS BLUESHIELD of Oregon; Computer Task Group, Incorporated, Defendants–Appellees.

No. 00–35685.

D.C. No. CV–99–00478–AJB.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2001 *.

Decided Nov. 19, 2001.

Before KOZINSKI and GOULD, Circuit Judges, and SCHWARZER, District Judge.**

MEMORANDUM ***

The district court did not err in granting summary judgment for defendants on Crumbaker's claim of discrimination on the basis of disability. "[O]ne must have an actual disability" to sue under this provision of the Americans with Disabilities Act, *Sutton v. United Air Lines, Inc.,* 527 U.S. 471, 478, 119 S.Ct. 2139, 144 L.Ed.2d 450 (1999), and plaintiff's self-diagnosis, plaintiff lacking adequate qualifications, is insufficient to make a prima facie showing of

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).
** The Honorable William W Schwarzer, United States Senior District Judge for the Northern District of California, sitting by designation.

disability. *See* 42 U.S.C. § 12102(2)(A) (2000).

Nor did the district court err in granting defendants summary judgment on plaintiff's claim that she suffered discrimination because defendants regarded her as disabled. *See* 42 U.S.C. § 12102(2)(C) (2000). Plaintiff failed to make a prima facie showing that defendants believed she had an "impairment that substantially limits one or more of [her] major life activities." 42 U.S.C. § 12102(2)(A) (2000). Defendants' knowledge of plaintiff's purported impairment was insufficient to demonstrate that they regarded her as disabled.

AFFIRMED.

AFFIRMED.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.